BERNHARD VOSS, Appellant, *v.* JOHN LOWRY, INC.,
Respondent.

(Argued November 20, 1929; decided December 6, 1929.)

*Harry Lesser* and *Samuel Lesser* for appellant.
*Daniel S. Murphy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN
and HUBBS, JJ.   Not sitting: CARDOZO, Ch. J.